# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
Case No. 16-14248-CV-Middlebrooks/Lynch

BRUCE HENKLE and TRACY ELIZABETH HENKLE,

    Plaintiffs,

v.

CUMBERLAND FARMS, INC., DEYMEYER AVENTURA CONSTRUCTION CORP. d/b/a Aventura Corp./Deymeyer Aventura Corp., CORESTATES CONSTRUCTION SERVICES, INC., and ALLEVATO ARCHITECTS, INC.,

    Defendants.

_____/

## VERDICT FORM

We, the jury, return the following verdict:

1. Was there negligence on the part of Cumberland Farms which was a legal cause of loss, injury, or damage to Bruce Henkle?

NO  X     YES ___

If your answer to question 1 is NO, your verdict is for defendant, and you should not proceed further except to date and sign this verdict form and return it to the courtroom. If your answer to question 1 is YES, please answer question 2.

2. Was there negligence on the part of Bruce Henkle which was a legal cause of his loss, injury, or damage?

NO ___     YES ___

Please answer question 3.

3. Was there negligence on the part of Aventura which was a contributing legal cause of loss, injury, or damage to Bruce Henkle?

NO ___     YES ___

Please answer question 4.

4. Was there negligence on the part of Core States which was a contributing legal cause of loss, injury, or damage to Bruce Henkle?

**NO** \_\_\_\_    **YES** \_\_\_

Please answer question 5.

5. State the percentage of any negligence which was a legal cause of loss, injury, or damage to Bruce Henkle that you charge to the following parties:

Note: For any response of "NO" to question 2, 3, or 4, place a zero as to that person or entity in answering question 5.

| Party | Percentage |
|---|---|
| Cumberland Farms | _____% |
| Bruce Henkle | _____% |
| Aventura | _____% |
| Core States | _____% |

**Total must be 100%**

Please answer questions 6 and 7 on damages.

## DAMAGES

In determining the amount of damages, do not make any reduction because of the negligence, if any, of Bruce Henkle, Aventura, or Core States. If you find that Bruce Henkle, Aventura, or Core States was to any extent negligent, the court in entering judgment will make an appropriate reduction in the damages awarded.

6(a). What is the total amount of Bruce Henkle's damages for medical expenses incurred <u>in the past</u>?

$ _____

6(b). What is the total amount of Bruce Henkle's damages for medical expenses to be incurred <u>in the future</u>?

$ _____

6(c).   What is the total amount of Bruce Henkle's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect and loss of capacity for the enjoyment of life sustained <u>in the past</u>?

$_____

6(d).   What is the total amount of Bruce Henkle's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect and loss of capacity for the enjoyment of life to be sustained <u>in the future</u>?

$_____

6(e). What are the TOTAL AMOUNT OF DAMAGES FOR BRUCE HENKLE? Add the amounts you provided for questions 6(a), 6(b), 6(c), and 6(d).

$_____

7(a).  For the time period between November 13, 2014 and February 9, 2016, what is the total amount of damage sustained by Tracy Henkle in loss of Bruce Henkle's:

    i.    comfort, society, and attention?    $_____

    ii.    services?    $_____

7(b).  What are the TOTAL AMOUNT OF DAMAGES FOR TRACY HENKLE?  Add the amounts you provided to questions 7(a)(i) and 7(a)(ii).

    $_____

SO SAY WE ALL, this _13th_ day of July, 2017.

_____
Signature of Foreperson

_____
Foreperson's Name (Printed)